# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable JACK B. SCHMETTERER          Date **Sept 6, 2006**

Bankruptcy Case No. **04 B 42922**          Adversary No. _____

Title of Case: **In re Phyllis Owen**

**Brief Statement of Motion:** Objection To Claim No. 11

**Names and Addresses of moving counsel:**
Querrey & Harrow Ltd.
175 W. Jackson Blvd #1600
Chicago IL 60604

**Representing:** Debtor

**Names and Addresses of other counsel entitled to notice and names of parties they represent:**

## Final Judgment ORDER

Courts remarks after opening statements will stand as findings of facts and conclusions of law; judgment is entered sustaining in part Debtor's Objection to Claim No. 11 and reducing and allowing claim No. 11 to $53,182.98 plus costs of $300.

ENTER:

_/s/ Jack B. Schmetterer_
United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.