```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42922
   PHYLLIS A OWEN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2931

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/18/2004 and was confirmed 06/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHICAGO TAX ASSISTANCE C  SECURED NOT I  NOT FILED              .00           .00
DAVID OWEN                CURRENT MORTG    41495.66             .00      41495.66
DAVID L OWEN              NOTICE ONLY    NOT FILED              .00           .00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER     3823.36          386.46       3823.36
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER    10537.60         1065.38      10537.60
FDS BANK - BLOOMINGDALES  UNSEC W/INTER     3202.22          291.65       3202.22
CAPITAL ONE SERVICES      UNSEC W/INTER  NOT FILED              .00           .00
FIRST NATIONAL BANK       UNSEC W/INTER     7388.23          746.97       7388.23
SMC                       UNSEC W/INTER     1439.73          145.56       1439.73
ARROW FINANCIAL SERVICES  UNSEC W/INTER         .00             .00           .00
FDS BANK - BLOOMINGDALES  UNSEC W/INTER         .00             .00           .00
DAVID OWEN                SECURED NOT I        .00             .00            .00
BENJAMIN BERNEMAN & BROM  DEBTOR ATTY      11,038.01                     11,038.01
TOM VAUGHN                TRUSTEE                                         4,726.28
DEBTOR REFUND             REFUND                                          1,281.05

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             87,568.16

PRIORITY                                          .00
SECURED                                     41,495.66
UNSECURED                                   26,391.14
    INTEREST                                 2,636.02
ADMINISTRATIVE                              11,038.01
TRUSTEE COMPENSATION                         4,726.28
DEBTOR REFUND                                1,281.05
                    ---------------        ---------------
TOTALS              87,568.16               87,568.16

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 42922 PHYLLIS A OWEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE